# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-3137

_____

FIRAS JOSEPH DAVID,

Appellant,

v.

DEPARTMENT OF HEALTH,

Appellee.

_____

On appeal from the Board of Massage Therapy.
Christopher Brooks, Chair.

November 14, 2025

PER CURIAM.

AFFIRMED.

KELSEY, TANENBAUM, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Firas Joseph David, pro se, Appellant.

Sarah Young Hodges, Department of Health, Tallahassee, for Appellee.